**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2090**

———————

WARREN A. TAYLOR,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General for the
United States Postal Service,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Peter J. Messitte, District Judge.
(CA-03-1244-PJM)

———————

Submitted:  December 23, 2004      Decided:  January 13, 2005

———————

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Warren A. Taylor, Appellant Pro Se. Larry David Adams, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Warren A. Taylor appeals the district court's orders granting Defendant's motion for summary judgment in Taylor's action under Title VII and denying his motions for leave to amend his complaint, for reconsideration, and for copy work at government expense. We have reviewed the record and find no abuse of discretion or reversible error. Accordingly, we deny as moot his motions to expedite and for consideration of his expedition motion by a single circuit judge, and we affirm on the reasoning of the district court. See Taylor v. Potter, No. CA-03-1244-PJM (D. Md. Oct. 9, 2003; Jan. 30, 2004; Aug. 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED